# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137781

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JANICE DORSEY,
        Plaintiff-Appellant,

v

SC: 137781
COA: 286199
WCAC: 07-000202

DELPHI CORPORATION,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 21, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

0217

_____
Clerk